IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GURAL FOSTER                                                              PLAINTIFF

v.                              No. 4:15-cv-237-DPM

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                            DEFENDANT

JUDGMENT

Foster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2015